# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 5, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

157933

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

MEREDITH SUMMER,
        Plaintiff-Appellee,

v

        SC: 157933
        COA: 336665
        Oakland CC: 2013-135991-CL

SOUTHFIELD BOARD OF EDUCATION and
SOUTHFIELD PUBLIC SCHOOLS,
        Defendants-Appellants.

_____/

On order of the Court, the application for leave to appeal the May 1, 2018 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 5, 2019



Clerk

s0225